UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

     **ORDER**
v.     21-CR-520 (WFK)

CREDIT SUISSE SECURITIES (EUROPE)
LIMITED,

   Defendant.
-------------------------------------------------------------X

**WILLIAM F. KUNTZ, II, United States District Judge:**

  The Court is in receipt of the Government's motion to continue sentencing. ECF No. 14. The Court ADJOURNS the sentencing scheduled for Wednesday, March 9, 2022 to Friday, May 13, 2022 at 11:00 A.M. The sentencing will proceed in Courtroom 6H North in the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, before the Honorable William F. Kuntz, II.

            SO ORDERED.

            **s/ WFK**
            HON. WILLIAM F. KUNTZ, II
            UNITED STATES DISTRICT JUDGE

Dated: February 22, 2022
   Brooklyn, New York