**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>   -against-<br><br>CREDIT SUISSE SECURITIES (EUROPE) LIMITED,<br><br>                    Defendant. | Case No.: 1:21-cr-00520 (WFK) (SJB)<br><br>**ECF Case**<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned respectfully enters his appearance as counsel of record in the above-captioned action for Defendant Credit Suisse Securities (Europe) Limited, and requests that all subsequent papers be served upon him at the address indicated below.

Dated: Chicago, Illinois
       July 19, 2022

                                   */s/ Mark Filip*
                                   Mark Filip, P.C. (*admitted pro hac vice*)
                                   Kirkland & Ellis LLP
                                   300 North LaSalle
                                   Chicago, IL 60654
                                   Telephone:   (312) 862-2000
                                   Facsimile:    (312) 446-4900
                                   mark.filip@kirkland.com

                                   *Counsel for Defendant*