**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br> -against-<br><br>CREDIT SUISSE SECURITIES (EUROPE) LIMITED,<br><br>      Defendant. | Case No.: 1:21-cr-00520 (WFK) (SJB)<br><br>**ECF Case**<br><br><u>**NOTICE OF APPEARANCE**</u> |

  **PLEASE TAKE NOTICE** that the undersigned respectfully enters his appearance as counsel of record in the above-captioned action for Defendant Credit Suisse Securities (Europe) Limited, and requests that all subsequent papers be served upon him at the address indicated below.

Dated: Washington, DC
   July 19, 2022

                */s/ Matthew Herrington*
                Matthew Herrington (*admitted pro hac vice*)
                Paul Hastings LLP
                2050 M Street NW
                Washington, DC 20036
                Telephone: (202) 551-1820
                Facsimile:  (202) 551-0320
                mattherrington@paulhastings.com

                *Counsel for Defendant*