AES:HDM/MAM/DF
F. #2016R00695

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

| | |
|---|---|
| UNITED STATES OF AMERICA | P R O P O S E D  O R D E R |
| - against - | Cr. No. 21-520 (WFK) |
| CREDIT SUISSE SECURITIES (EUROPE) LIMITED, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

The Court, having reviewed the government's sentencing letter, the parties' joint recommendation regarding restitution, the applicable legal authority, and the record in this case, hereby **ORDERS AND ADJUDGES** that the defendant Credit Suisse Securities (Europe) LLC, jointly and severally with its parent Credit Suisse Group AG, owe $22,619,174 in restitution in the amounts listed to each victim below:

- Aberdeen: $4,165,391
- Alliance Bernstein: $4,298,615
- PME: $35,289
- NWI Management: $4,964,900
- Blue Sky Group: $78,348
- Los Angeles City Employees' Retirement System: $73,511
- GMO: $555,100
- American Beacon: $229,970
- Harry Bradley Jr. Trusts: $26,010

- JBUT: $32,910

- Financial Recovery Technologies: $353,447

- Fidelity Group: $793,000

- Franklin Templeton Group: $3,925,826

- Breven Howard Capital Management: $134,800

- Stone Harbor Investment Partners: $305,226

- First Trust Portfolios: $221,802

- Mangart Global: $2,397,750

- The Vanguard Group: $27,279

**SO ORDERED.**

_____
The Honorable William F. Kuntz
United States District Court Judge