AO 245E   (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
Sheet 1

# UNITED STATES DISTRICT COURT

__Eastern__ District of __New York__

UNITED STATES OF AMERICA
V.

Credit Suisse Securities (Europe) Limited

**JUDGMENT IN A CRIMINAL CASE**
(For Organizational Defendants)

CASE NUMBER: 1:21-cr-00520-WFK

Mark Filip, Esq.; Matthew Herrington, Esq.
Defendant Organization's Attorney

## THE DEFENDANT ORGANIZATION:

☑ pleaded guilty to count(s)   One (1) of the Information

☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.

☐ was found guilty on count(s) _____ after a plea of not guilty.

The organizational defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. 1349 | Conspiracy to Commit Wire Fraud | 3/31/2017 | 1 |

The defendant organization is sentenced as provided in pages 2 through 6 of this judgment.

☐ The defendant organization has been found not guilty on count(s) _____

☐ Count(s) no open counts   ☐ is   ☐ are   dismissed on the motion of the United States.

It is ordered that the defendant organization must notify the United States attorney for this district within 30 days of any change of name, principal business address, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant organization must notify the court and United States attorney of material changes in economic circumstances.

Defendant Organization's
Federal Employer I.D. No.: _____

Defendant Organization's Principal Business Address:

11 Madison Ave, New York, NY 10010

7/22/2022
Date of Imposition of Judgment

s/ WFK
Signature of Judge

William F. Kuntz, II      U.S.D.J.
Name of Judge             Title of Judge

July 22, 2022
Date

Defendant Organization's Mailing Address:

11 Madison Ave, New York, NY 10010

AO 245E   (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
    Sheet 3 — Criminal Monetary Penalties

DEFENDANT ORGANIZATION: Credit Suisse Securities (Europe) Limited  
CASE NUMBER: 1:21-cr-00520-WFK

Judgment — Page 2 of 6

# CRIMINAL MONETARY PENALTIES

The defendant organization must pay the following total criminal monetary penalties under the schedule of payments on Sheet 4.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| TOTALS | $ 400.00 | $ 500,000.00 | $ 22,619,174.00 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☑ The defendant organization shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant organization makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| Aberdeen | | $4,165,391.00 | |
| Alliance Bernstein | | $4,298,615.00 | |
| PME | | $35,289.00 | |
| NWI Management | | $4,964,900.00 | |
| Blue Sky Group | | $78,348.00 | |
| Los Angeles City Employees' Retirement System | | $73,511.00 | |
| GMO | | $555,100.00 | |
| American Beacon | | $229,970.00 | |
| Harry Bradley Jr. Trusts | | $26,010.00 | |
| JBUT | | $32,910.00 | |
| Financial Recovery Technologies | | $353,447.00 | |
| TOTALS | $ 0.00 | $ 22,619,174.00 | |

☐ Restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant organization shall pay interest on restitution or a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 4 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant organization does not have the ability to pay interest, and it is ordered that:

    ☐ the interest requirement is waived for the   ☐ fine   ☐ restitution.

    ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.



AO 245E    (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
           Sheet 3B — Criminal Monetary Penalties

DEFENDANT ORGANIZATION: Credit Suisse Securities (Europe) Limited  
CASE NUMBER: 1:21-cr-00520-WFK

Judgment — Page 3 of 6

## ADDITIONAL RESTITUTION PAYEES

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Fidelity Group | | $793,000.00 | |
| Franklin Templeton Group | | $3,925,826.00 | |
| Breven Howard Capital Management | | $134,800.00 | |
| Stone Harbor Investment Partners | | $305,226.00 | |
| First Trust Portfolios | | $221,802.00 | |
| Mangart Global | | $2,397,750.00 | |
| The Vanguard Group | | $27,279.00 | |

* Findings for the total amount of losses are required by Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245E    (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
          Sheet 4 — Schedule of Payments

DEFENDANT ORGANIZATION: Credit Suisse Securities (Europe) Limited
CASE NUMBER: 1:21-cr-00520-WFK

Judgment — Page __4__ of __6__

# SCHEDULE OF PAYMENTS

Having assessed the organization's ability to pay, payment of the total criminal monetary penalties are due as follows:

A    ☐   Lump sum payment of $ _____ due immediately, balance due

        ☐   not later than _____ , or
        ☐   in accordance with    ☐ C or    ☐ D below; or

B    ☐   Payment to begin immediately (may be combined with    ☐ C or    ☐ D below); or

C    ☐   Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D    ☑   Special instructions regarding the payment of criminal monetary penalties:

(1) Special assessment fee of $400.00 is due within ten (10) days of entry of judgment in this case.

(2) Fine in the amount of $500,000.00 shall be paid by Credit Suisse Securities (Europe) Limited within ten (10) days of entry of judgment in this case.

All criminal monetary penalties are made to the clerk of the court.

The defendant organization shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☑   Joint and Several

     Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

     Credit Suisse Group AG, 21-cr-521 (restitution only)

☐   The defendant organization shall pay the cost of prosecution.

☐   The defendant organization shall pay the following court cost(s):

☐   The defendant organization shall forfeit the defendant organization's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.